UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JAMES MICHAEL DENNARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CIV-17-653-M |
| | ) | |
| (2) SAFECO INSURANCE COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Safeco Insurance Company of America ("Safeco") hereby removes the above-captioned action from the District Court of Canadian County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma.  In support of this removal, Safeco states as follows:

1.  On May 4, 2017, Plaintiff James Michael Dennard ("Plaintiff") commenced an action in the District Court of Canadian County, Oklahoma, entitled *James Michael Dennard v. Safeco Insurance Company of America*, Case No. CJ-2017-263. A true copy of the state court docket sheet is attached as Exhibit 1.

All process, pleadings, and orders filed or served in the State Court Action are attached hereto as Exhibits 2 through 3.

2.  According to the Petition, Plaintiff is a resident of Canadian County, Oklahoma. Defendant Safeco is a company organized under the laws of the State of New Hampshire with its principal place of business in Boston, Massachusetts.

3.  Plaintiff's Petition seeks damages in excess of $75,000. (*See* Petition, attached as Exhibit 3, at Prayer for Relief).

4.  In accordance with 28 U.S.C. § 1446(b)(1), this action has been removed within thirty (30) days of the service of Plaintiff's Petition on Safeco.

5.  The Western District of Oklahoma includes the state judicial district in which Plaintiff filed his Petition.

6.  This is a civil action over which this Court has original jurisdiction based on diversity of citizenship and amount in controversy pursuant to 28 U.S.C. § 1332, and which may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

7.  Contemporaneous with Safeco's filing of this Notice, Safeco will serve written notice to Plaintiff's counsel of this filing, as required by 28 U.S.C. § 1446(d).

8. Defendant Safeco shall likewise file a true and correct copy of its Notice of Removal with the Clerk of the District Court in and for Canadian County, State of Oklahoma, as required by 28 U.S.C. § 1446(d).

## CONCLUSION

Defendant Safeco Insurance Company of America respectfully removes the State Court action from the District Court for Canadian County, Oklahoma, to the United States District Court for the Western District of Oklahoma, to proceed as an action properly removed thereto.

Respectfully submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
**NEWTON O'CONNOR TURNER & KETCHUM, PC**
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma 74119-5423
(918) 587-0101 Telephone
(918) 587-0102 Facsimile
boconnor@newtonoconnor.com
mshipley@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT, SAFECO INSURANCE COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Simone Gosnell Fulmer
Harrison C. Lujan
Jacob L. Rowe
Amy H. Wellington

and

Tye H. Smith

**ATTORNEYS FOR PLAINTIFF**

s/William W. O'Connor
William W. O'Connor
