## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JAMES MICHAEL DENNARD,

      **Plaintiff,**

v.                                                          Case No. 17-cv-653-M

SAFECO INSURANCE COMPANY OF
AMERICA,

      **Defendant.**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), James Michael Dennard ("Plaintiff"), by and through his counsel of record, Simone Gosnell Fulmer, Harrison C. Lujan, Jacob Rowe, and Andrea R. Rust of Fulmer Sill PLLC, and Tye Smith of  Carr & Carr, and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor, and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
Email: boconnor@hallestill.com
Email: mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT,
SAFECO INSURANCE COMPANY OF AMERICA**

s/Andrea Rust*
Simone Gosnell Fulmer, OBA No. 17037
Harrison C. Lujan, OBA No. 30154
Jacob L. Rowe, OBA No. 21797
Andrea Rust, OBA No. 30422
Christopher Bergin, OBA No. 13879
**FULMER SILL PLLC**
1101 North Broadway Avenue, Suite 102
Oklahoma City, OK 73103
Phone/Fax: (405) 510-0077
sfulmer@fulmergrouplaw.com
hlujan@fulmergrouplaw.com
jrowe@fulmergrouplaw.com
arust@fulmersill.com

-and-

Tye H. Smith, OBA No. 14595
**CARR & CARR**
1350 S.W. 89th Street
Oklahoma City, OK 73159
Telephone: (405) 234-2110; Facsimile: (405) 234-2128
tyesmith@carrcarrokc.com

**ATTORNEYS FOR PLAINTIFF**

*Signed by filing attorney with permission of Plaintiff's attorney.